(1) At the initial time of conviction the Defendant was only 16 years old, and

(2) Excessive incarceration time will not meet the Defendant's rehabilitative needs.

HON. JOHN S. HENSON DISSENTS: He concurs with the originally sentence imposed.

We wish to thank Curt Bevolden of the Montana Defender Project for his assistance to the Defendant and to this Court.

DATED this 6th day of January, 1984.

## SENTENCE REVIEW DIVISION

Joseph B. Gary, Mark P. Sullivan, John S. Henson

From: The District Court of the Third Judicial District, County of Powell, STATE OF MONTANA, Plaintiff vs. DUDLEY HOLLENBECK, Defendant.

## DECISION

No. DC-82-50

The application of the above-named defendant for a review of the sentence of 2 years, consecutive to term defendant is now serving imposed on April 21, 1983, was fully heard and after a careful consideration of the entire matter it is decided that: the sentence shall remain the same as originally imposed; however, the Defendant shall receive credit for the 9 days of jail time served between the date of his apprehension following the escape and his return to the Montana State Prison.

This Board finds that the sentence imposed was consistent with other sentences of the same nature.

We wish to thank Lorri Schneider of the Montana Defender Project for her assistance to the Defendant and to this Court.

DATED this 6th day of January, 1984.

## SENTENCE REVIEW DIVISION

Joseph B. Gary, Mark P. Sullivan, John S. Henson

From: The District Court of the Third Judicial District, County of Powell, STATE OF MONTANA, Plaintiff vs. FRITZ JAMES DAHLMAN, Defendant.

## DECISION

No. DC-83-03

The application of the above-named defendant for a review of the sentence of 3 years; consecutive to term presently serving imposed on April 21, 1983, was fully heard and after a careful consideration of the entire matter it is decided that: the